# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KATHLEEN CARROZZA,        : No. 593 WAL 2014
:
           Petitioner       :
: Petition for Allowance of Appeal from the
           v.               : Order of the Superior Court
:
:
:
CHILDREN'S HOSPITAL OF      :
PITTSBURGH OF UNIVERSITY OF    :
PITTSBURGH MEDICAL CENTER,    :
:
           Respondent      :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.